FILED
CLERK, U.S. DISTRICT COURT

May 21, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

1  Pamela J. Scholefield (SBN 196368)
2  SCHOLEFIELD, P.C. – CONSTRUCTION LAW
   10815 Rancho Bernardo Road, Suite 105
3  San Diego, CA 92127
   Telephone: (858) 613-0888
4  Fax: (858) 613-0045
5  pam@construction-laws.com

6  Attorney for Plaintiff:
7  United States of America, for the use and benefit of OneSource Distributors, LLC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of ONESOURCE DISTRIBUTORS, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br>v.<br><br>RMA LAND CONSTRUCTION, INC., a California Corporation; EDMUND SCARBOROUGH, A.K.A. EDMUND C. SCARBOROUGH, an individual; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation, DOES 1 through 40, inclusive,<br><br>　　　　Defendants. | CASE NO: 2:14−cv−03968 SVW(JPR)<br><br>**[REVISED ~~PROPOSED~~] JUDGMENT AGAINST:**<br><br>　**1)　RMA LAND CONSTRUCTION, INC.; and**<br><br>　**2)　EDMUND SCARBOROUGH, A.K.A. EDMUND C. SCARBOROUGH.**<br><br>District Judge: Hon. Stephen V. Wilson<br>Dept.: 6 |

After evidence having been introduced, and based on declarations presented, the pleadings and papers on file in this action, and upon full consideration by this Court, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

(1) That Plaintiff, United States of America, for the use and benefit of OneSource Distributors, LLC, have and recover from Defendant, RMA LAND CONSTRUCTION, INC., and Defendant, EDMUND SCARBOROUGH, A.K.A. EDMUND C. SCARBOROUGH , jointly and severally, the amount of $15,303.14; plus prejudgment interest in the amount of $2,148.71, plus $7.55 per day from November 11, 2014 until the judgment is entered;

(2) That Plaintiff, United States of America, for the use and benefit of OneSource Distributors, LLC have and recover from Defendant, RMA LAND CONSTRUCTION, INC., and Defendant, EDMUND SCARBOROUGH, A.K.A. EDMUND C. SCARBOROUGH , jointly and severally, all costs in the amount of $713.00 and reasonable attorneys' fees in the amount of $9,806.50, as determined by motion per F.R.C.P., Rule 54(d)(2) upon entry of the judgment;

(3) That Plaintiff, United States of America, for the use and benefit of OneSource Distributors, LLC have and recover from Defendant, RMA LAND CONSTRUCTION, INC., and Defendant, EDMUND SCARBOROUGH, A.K.A. EDMUND C. SCARBOROUGH, jointly and severally, interest on the above at the rate of ten percent (10%) per annum from the date of the entry of this judgment until paid.

(4) That Plaintiff, United States of America, for the use and benefit of OneSource Distributors, LLC, have and recover all costs, expenses, and actual attorneys' fees relating to or arising out of any post-judgment or post-award proceeding including, without limitation, one to enforce or collect any judgment or award resulting from this action.

Dated: ____May 21, 2015_____   _____
STEPHEN V. WILSON
Judge of the U.S. District Court